AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RONALD BENBOW | ) | Case No: 3:01CR31-03 |
|  | ) | USM No: 16614-058 |
| Date of Previous Judgment: April 19, 2002 | ) | Steven t. Meier |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | Life to \_\_\_ months | Amended Guideline Range: | Life to \_\_\_ months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): Since the defendant is a career offender under USSG § 4B1.1, Amendment 706 does not result in any change to the Base or Total Offense Levels or the advisory guideline range. Pursuant to amended USSG § 1B1.10(a)(2)(B), "A reduction in the defendant's term of imprisonment ... is not authorized under 18 U.S.C. § 3582(c)(2) if – [the amendment] does not have the effect of lowering the defendant's applicable guideline range."

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated April 19, 2002 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 17, 2008

Effective Date: _____
(if different from order date)

_/s/ Frank D. Whitney_
Frank D. Whitney
United States District Judge